```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DAWAIN DAVIS, et al.,                                       :
                                                            :
                              Plaintiffs,                   :
                                                            :         22-CV-1936 (VSB)
              -against-                                     :
                                                            :              ORDER
T&T EXPRESS SHIPPING, LLC, et al.,                          :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiffs filed this action on March 8, 2022, (Doc. 1), and filed affidavits of service on March 31, 2022, April 5, 2022, and April 11, 2022, (Docs. 9–12). The deadline for Defendant Dale Miller to respond to Plaintiffs' complaint was April 19, 2022, and the deadline for Defendant T&T Express Shipping, LLC to respond to Plaintiffs' complaint was April 26, 2022. (*See id.*) To date, Defendants have not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) and Attachment A of my Individual Rules and Practices in Civil Cases by no later than May 11, 2022. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 27, 2022  
             New York, New York

                                                                         _____  
                                                                         VERNON S. BRODERICK  
                                                                         United States District Judge