UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
           :
DAWAIN DAVIS, et al.,           :
           :
          Plaintiffs,  :
           :    22-CV-1936 (VSB)
      -against-    :
           :    **ORDER**
T&T EXPRESS SHIPPING, LLC, et al.,  :
           :
          Defendant.  :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The Case Management Plan and Scheduling Order requires the parties to submit a joint status letter by October 26, 2022. (Doc. 22 ¶ 12.) The parties shall submit this letter by November 2, 2022.

SO ORDERED.

Dated:   October 27, 2022
          New York, New York

_____
Vernon S. Broderick
United States District Judge