UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
             :
DAWAIN DAVIS, et al.,                               :
             :
                           Plaintiffs,    :
             :        22-CV-1936 (VSB)
                  -against-            :
             :        **ORDER**
T&T EXPRESS SHIPPING, LLC, et al.,    :
             :
                       Defendant.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        On June 29, 2022, I issued a case management plan, directing the parties to submit a joint letter on the progress of the case by October 26, 2022.  (Doc. 22.)  The parties have missed that deadline and a second extended deadline to submit this letter.  (Doc. 27.)  Accordingly, the parties are hereby:

        ORDERED to file the joint letter by no later than November 7, 2022.  If the parties fail to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

        IT IS FURTHER ORDERED that the conference scheduled for November 4, 2022, is adjourned pending further order of the Court.

SO ORDERED.

Dated:   November 4, 2022
            New York, New York

                                                           _____
                                                             Vernon S. Broderick
                                                              United States District Judge