UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                              :

DAWAIN DAVIS, LUKE LAPOMP, and     :
JOSHUA MORRIS, on behalf of themselves  :
and all others similarly-situated,      :

                       :                22-CV-1936 (VSB)

                  Plaintiffs,   :

                       :                 **ORDER**

         -against-      :

                       :

T&T EXPRESS SHIPPING, LLC,      :
and DALE MILLER, individually,     :

                       :

                Defendants.  :

                       :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       In light of my order at Doc. 47, the post-discovery conference currently scheduled for

July 13, 2023, is hereby adjourned pending further other of the Court.

SO ORDERED.

Dated:    July 10, 2023
         New York, New York

                                      VERNON S. BRODERICK
                                      United States District Judge