```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DAWAIN DAVIS, LUKE LAPOMP, and                              :
JOSHUA MORRIS, on behalf of themselves                      :
and all others similarly situated,                          :
                                                            :       22-CV-1936 (VSB)
                                        Plaintiffs,         :
                                                            :           ORDER
                        -against-                           :
                                                            :
T&T EXPRESS SHIPPING, LLC,                                  :
and DALE MILLER, individually,                              :
                                                            :
                                        Defendants.         :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

Parties were directed to submit a status letter on this action by July 31, 2023. (Doc. 47.) In light of the settlement conference currently scheduled for September 14, 2023, (Doc. 49), the deadline for the parties' status letter is hereby adjourned to September 19, 2023.

SO ORDERED.

Dated: August 2, 2023
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge