

Joey Tsai
535 5th Avenue
Fourth Floor
New York, NY 10017

T. 646.829.9001
F. 646.829.9002
jtsai@tsaipllc.com
www.tsaipllc.com
Admitted to practice law in
New York and New Jersey

September 7, 2023

**VIA ECF**
Hon. Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/08/2023
```

> Re:   *Davis, et al. v. T&T Express Shipping, LLC, et al. (22-cv-1936)(VSB)*
>        *Request to Adjourn 9/14/2023 Settlement Conference*

Dear Judge Aaron,

    We represent all Defendants in the above-referenced matter. This matter is scheduled for an in-person settlement conference on September 14, 2023 at 11:00am. Unfortunately, Defense counsel was diagnosed with a severe case of COVID on 9/6/2023 and is currently symptomatic, including fever and loss of voice. I am uncertain if I will fully recover and be non-contagious by the 9/14/2023 settlement conference. In an abundance of caution to all individuals to be present at the conference, Defendants request an adjournment of the settlement conference to a later date established by the Court. Plaintiffs consent to Defendants' adjournment request. This is the first request for an adjournment.

    We thank the Court for its time and attention.

Respectfully submitted,
/s/ Joey Tsai
Joey Tsai
*Attorney for Defendants*

cc:   All Counsel of Record (VIA ECF)

ENDORSEMENT: The settlement conference currently scheduled on Thursday, September 14, 2023, is adjourned *sine die*. No later than Friday, September 22, 2023, the parties shall email Aaron_NYSDChambers@nysd.uscourts.gov with three proposed dates to hold a settlement conference that are mutually acceptable to the parties.
Dated: September 8, 2023