UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
DAWAIN DAVIS, LUKE LAPOMP, and :
JOSHUA MORRIS, on behalf of themselves :
and all others similarly situated, :
: 22-CV-1936 (VSB)
Plaintiffs, :
: **ORDER**
-against- :
:
T&T EXPRESS SHIPPING, LLC, :
and DALE MILLER, individually, :
:
Defendants. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    In light of the adjournment of the settlement conference to November 2, 2023, parties shall submit the status letter directed by my orders at Docs. 47 and 51 by November 8, 2023.

SO ORDERED.

Dated:    September 29, 2023
           New York, New York

_____
VERNON S. BRODERICK
United States District Judge