```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DAWAIN DAVIS, LUKE LAPOMP, and                              :
JOSHUA MORRIS, on behalf of themselves                      :
and all others similarly situated,                          :
                                                            :       22-CV-1936 (VSB)
                                        Plaintiffs,         :
                                                            :           ORDER
                        -against-                           :
                                                            :
T&T EXPRESS SHIPPING, LLC,                                  :
and DALE MILLER, individually,                              :
                                                            :
                                        Defendants.         :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      In light of the settlement conference held on November 2, 2023, the parties shall submit the status letter directed by my order at Doc. 55 by November 20, 2023.

SO ORDERED.

Dated:   November 13, 2023
           New York, New York

                                                          VERNON S. BRODERICK
                                                          United States District Judge