

Joey Tsai
535 5th Avenue
Fourth Floor
New York, NY 10017

T. 646.829.9001
F. 646.829.9002
jtsai@tsaipllc.com
www.tsaipllc.com
*Admitted to practice law in New York and New Jersey*

January 2, 2024

**VIA ECF**
Hon. Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/2024
```

Re:  *Davis, et al. v. T&T Express Shipping, LLC, et al. (22-cv-1936)(VSB)*
     *Extension to File Motion for Settlement Approval*

Dear Judge Aaron,

We represent all Defendants in the above-referenced matter. The Parties reached a settlement agreement after a mediation session with the Court on November 2, 2023. The current deadline for the Parties to submit a motion for settlement approval is January 3, 2024. The Parties jointly respectfully request a two-week extension of time for the Parties to file the settlement agreement and motion for settlement approval, up to and including, January 17, 2024. There have been no prior extensions.

We thank the Court for its time and attention.

Respectfully submitted,
/s/ Joey Tsai
Joey Tsai
*Attorney for Defendants*

Enclosure

cc:   All Counsel of Record (VIA ECF)

Application GRANTED. No later than January 17, 2024, the parties shall file a joint letter or motion that addresses whether the settlement is fair and reasonable and copies of the settlement agreement and retainer agreement. (*See* ECF No. 61.) SO ORDERED.
Dated: January 2, 2024