



**Bell Law Group, PLLC**

116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

January 22, 2024

***Via ECF***
Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. No later than January 31, 2024, the parties shall file their *Cheeks* submission and proposed settlement agreement.

SO ORDERED
Dated: January 23, 2024

RE:  **Davis, et. al. v. T&T Express Shipping, LLC, et. al.,**
       **Case No.: 22-cv-01936 (VSB)**

Dear Judge Aaron:

    We represent all Plaintiffs in the above-referenced matter.  The Parties reached a settlement agreement after a mediation session with the Court on November 2, 2023.  The first deadline for the Parties to submit a proposed settlement and a motion for settlement approval, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), was January 3, 2024, which this court extended to January 17, 2024, in response to the parties' joint request for a brief extension of same.

    On Friday, January 19, 2023, this court ordered that by Monday, January 22, 2024, "the parties shall either file their <u>Cheeks</u> submission or a joint letter motion requesting an extension of time, which shall explain the reason(s) for the untimely filing and basis for an extension of time."

    The undersigned sincerely apologizes to the Court for not abiding by the January 17, 2024 deadline.  The undersigned was having difficulty reaching one of the plaintiffs to confirm his acceptance of the drafted settlement agreement and was hopeful that contact would be made with the plaintiff before the end of last week.  The undersigned should have notified the Court of this challenge rather than allowing the deadline to pass, without a submission.  I regret any inconvenience this may have caused the Court, and I can assure the court that it will not happen again.

    In further compliance with this Court's recent order, the parties now respectfully a second and final two-week extension of time, to January 31, 2024, to file the <u>Cheeks</u> submission and proposed settlement agreement to this Court.  I am confident this will give the undersigned sufficient time to reach all the plaintiffs and address any other issues pertaining to the proposed settlement agreement. We thank the Court for its time and attention.

                          Respectfully submitted,

                          BELL LAW GROUP, PLLC

                          /s/: *Chaya M. Gourarie*
                          Chaya M. Gourarie, Esq.

5 Penn Plaza, 23rd Floor
New York, NY  10001

100 Quentin Roosevelt Blvd. Ste. 208
Garden City, NY 11530

1629 K Street, NW, Suite 300
Washington, DC 20006

10750 NW 6th Court
Miami, FL  33168