

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

February 13, 2024

*Via ECF*
Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:    ***Davis, et. al. v. T&T Express Shipping, LLC, et. al.,***
       Docket No.:    22-cv-01936 (VSB)

Dear Judge Aaron:

We represent Plaintiffs in the above-docketed employment matter.

The parties write jointly to respectfully seek court approval of the parties' Revised Settlement Agreement, in compliance with this Court's February 6, 2024 Order, and in accordance with Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). The parties' Revised Settlement Agreement is submitted herein as Exhibit A.

In compliance with this Court's February 6, 2024 Order, in the revised agreement, the release is limited to the claims Plaintiffs brought in this action, and the release omits the clause "any and all claims." (Ex. A, Agreement, ¶ 3). Additionally, the mutual non-disparagement clause includes a carve out for the truth regarding the parties' experiences in litigating this matter. (*id.* at ¶ 6(b)) ("Further, the parties agree and stipulate that any truthful statements about the nature of the case, the settlement of the case, and the parties' experiences in litigating their claims and defenses, do not constitute disparagement under this Agreement.").

For the reasons stated above, and in the parties' prior submission, wherein they demonstrated that the within settlement agreement is fair and reasonable pursuant to Cheeks, (Dkt. No. 66), Plaintiffs now respectfully request that the Court approve the Revised Settlement Agreement, annexed hereto as Exhibit A.

We thank the Court for its attention to this matter.

Respectfully submitted,

BELL LAW GROUP, PLLC

/s/ Chaya M. Gourarie

Chaya M. Gourarie, Esq.

CG/cc