

**Bell Law Group, PLLC**

116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

February 15, 2024

*Via ECF*
Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **RE:** *Davis, et. al. v. T&T Express Shipping, LLC, et. al.,*
       Docket No.: 22-cv-01936 (VSB)

Dear Judge Aaron:

  As you are aware, we represent Plaintiffs in the above-docketed employment matter.

  Pursuant to your Order of February 14, 2024, the <u>fully</u> executed Revised Settlement Agreement is annexed hereto as Exhibit A. Additionally, an Affidavit of Confession of Judgment, signed by Defendant Patricia Williams, an agent of T&T Express Shipping, LLC, is annexed hereto as Exhibit B.

  We thank the Court for its attention to this matter.

           Respectfully submitted,

           BELL LAW GROUP, PLLC

           /s/ Chaya M. Gourarie

CG/cc          Chaya M. Gourarie, Esq.