UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dawain Davis, et al.,

      Plaintiffs,

-against-

T&T Express Shipping, LLC, et al.,

      Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2024
```

1:22-cv-01936 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on February 14, 2024, the Court preliminarily approved the settlement in this action in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), pending submission of a fully executed settlement agreement (2/14/24 Order, ECF No. 69); and

WHEREAS, on February 15, 2024, the parties filed the fully executed settlement agreement (ECF No. 70-1).

NOW, THEREFORE, it is hereby Ordered that this action is DISMISSED WITH PREJUDICE and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement. The Clerk of Court is respectfully requested to close this case.

SO ORDERED.

Dated:  New York, New York
     February 15, 2024

                 /s/ Stewart D. Aaron
                 _____
                 STEWART D. AARON
                 United States Magistrate Judge